UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WILMER ALVARADO, | ) CV 13-08777-DSF (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| MARTIN BITER, WARDEN, et al., | ) |
| Respondents. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 3/12/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1